**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES NAVARRO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7533** |
| | : | |
| **OFFICER SHAKIRA N. GREER,** | : | |
| **OFFICER COVERT** | : | |

# ORDER

**AND NOW**, this 6th day of November 2026, consistent with our Congressional screening obligations having dismissed the original Complaint (ECF 5) with leave leading to our extended review of an amended pro se Complaint (ECF 6), finding Plaintiff does not plead Constitutional claims against the officers or his former girlfriend, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DISMISS** Plaintiff's amended Complaint (ECF 6) with one last leave to plead facts in a second amended Complaint allowing us to plausibly infer a claim in our limited jurisdiction filed by no later than **November 24, 2026** or we will direct the Clerk of Court to close this Action.

**KEARNEY, J.**